

IN THE
TENTH COURT OF APPEALS

No. 10-12-00351-CR

A.F. "BUDDY" SKEEN,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-757-C2

MEMORANDUM  OPINION

Appellant, A.F. "Buddy" Skeen, appealed his conviction for the offense of misapplication of fiduciary property. *See* TEX. PENAL CODE ANN. § 32.45 (West 2011). On September 28, 2012, appellant filed a motion to dismiss the appeal, wherein he stated that he "has reached an agreed resolution of other pending criminal matter and as part of that agreed resolution, has voluntarily agreed to dismiss this appeal."  Both appellant and his attorney signed the motion to dismiss.

Appellant's motion to dismiss is granted, and this appeal is hereby dismissed.

*See* Tex. R. App. P. 42.2(a).


                                AL SCOGGINS
                                Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal Dismissed
Opinion delivered and filed October 11, 2012
Do not publish
[CR25]